AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Benjamin Cohen

*Defendant*

)  Case: 1:23-mj-00198
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 8/8/2023
)  Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Benjamin Cohen__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 08/08/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.08 10:54:25 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/8/2023, and the person was arrested on *(date)* 8/9/2023
at *(city and state)* Westport, Connecticut.

Date: 8/9/2023

*Arresting officer's signature*

TFO Charles Bascetta
*Printed name and title*