UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:23-CR-366(ACR) |
| vs. | : | |
| BENJAMIN COHEN | : | May 31, 2024 |

## **DEFENDANT'S STATUS REPORT**

Benjamin Cohen, the Defendant, through undersigned counsel, respectfully file this status report in accordance with the Court's April 26, 2024, Order.

As indicated in the joint status report, on February 12, 2024, and discussed in the April 25, Status Conference, the Defense retained a specialist to conduct a forensic evaluation of Mr. Cohen's mental health both for (1) possible defense at trial, and (2) mitigation at sentencing.  The specialist has reviewed extensive records.  Mr. Cohen has previously met with the defense's specialist twice. The specialist has also conducted collateral interviews with Mr. Cohen's parents.  The specialist indicated he will convey an evaluation in early June 2024.

At the April 25, Status Conference, the Court directed the parties to follow the parties' proposed pretrial deadlines.  With those deadlines the parties' pretrial motions and motions *in limine* are due on June 3, 2024.  The defense contends that the pretrial motions are impacted by the results of the specialist's findings.  As such, the defense respectfully requests that the Court use its discretion in determining whether the parties may hold the June 3 filing in abeyance-while awaiting the results of the specialist's findings.

Respectfully Submitted,

THE DEFENDANT,
BENJAMIN COHEN

FEDERAL DEFENDER OFFICE

*/s/ Tracy Hayes*
Assistant Federal Defender
265 Church Street, 7th FL
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

*/s/ Lillian Odongo*
Lillian Odongo
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: pvh10994
Email: lillian_odongo@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Tracy Hayes*
Tracy Hayes