## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 23-cr-366 (ACR) |
| BENJAMIN COHEN, | |
| Defendant. | |

### JOINT MOTION TO CONVERT PRETRIAL CONFERENCE TO A CHANGE OF PLEA HEARING AND TO VACATE TRIAL DATE AND DEADLINES

The United States, through undersigned counsel, and the defendant, Benjamin Cohen, by and through his counsel, Lillian Odongo and Tracy Hayes, hereby file this motion to convert the pretrial conference scheduled for July 1, 2024, at 10:30 a.m. to a change of plea hearing, to vacate the trial date, and to vacate all applicable pending trial-related deadlines in this case. In support of this motion, the parties state as follows:

1.      On October 18, 2023, the grand jury returned an indictment charging the defendant with: (1) Civil Disorder, in violation of 18  U.S.C. § 231(a)(3); (2) Assaulting, Resisting, or Impeding Certain Officers, in violation of 18  U.S.C. § 111(a)(1); (3) Civil Disorder, in violation of 18  U.S.C. § 231(a)(3); (4) Entering and Remaining in a Restricted Building or Grounds, in violation of 18  U.S.C. § 1752(a)(1); (5) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18  U.S.C. § 1752(a)(2); (6) Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18  U.S.C. § 1752(a)(4); (7) Disorderly Conduct in a Capitol Building, in violation of 40  U.S.C. § 5104(e)(2)(D); and (8) Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40  U.S.C. § 5104(e)(2)(F).

2.      On February 20, 2024, the Court scheduled a jury trial for July 8, 2024, and excluded time under the speedy trial act.  On June 13, 2024, the Court set applicable trial deadlines

and set a pretrial conference on July 1, 2024, at 10:30 a.m. On June 14, 2024, the Court reset the trial date to July 9, 2024.

3.      Yesterday, June 17, 2024, the parties reached a resolution that obviates the need for a trial and the defendant intends to enter a guilty plea to Count Two of the Indictment, pursuant to a written agreement.

4.      In light of this anticipated resolution, the parties are requesting that the previously-scheduled in-person pretrial conference on July 1, 2024, be converted to an in-person change of plea hearing at the same date and time.

5.      The parties further request that the Court vacate the July 9, 2024 trial date and all applicable deadlines that remain pending, as they are no longer expected to be necessary in light of the defendant's expected plea.

For the reasons above, the parties respectfully request that the Court schedule a change of plea hearing in place of the currently-scheduled pretrial conference and vacate both the trial date and all pending applicable deadlines.

[*This space intentionally blank*]

Respectfully submitted,

FOR THE DEFENDANT,
BENJAMIN COHEN

FOR THE GOVERNMENT:
MATTHEW M. GRAVES
United States Attorney
DC Bar Number 481052

*/s/ Tracy Hayes*
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant U.S. Attorney
DC Bar No. 1601102
nathaniel.whitesel@usdoj.gov
(202) 252-7759

*/s/ Lillian Odongo*
Lillian Odongo
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: pvh 10994
Email: lillian_odongo@fd.org

*/s/ Terence A. Parker*
TERENCE A. PARKER
Trial Attorney (Detailee)
NY Bar No. 5775192
Terence.Parker3@usdoj.gov
(202) 431-8493