UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 1:23-CR-366(ACR) |
| BENJAMIN COHEN | July 8, 2024 |

## MOTION TO WITHDRAW APPEARANCES OF ATTORNEYS TRACY HAYES, LILLIAN ODONGO, AND THE FEDERAL DEFENDER'S OFFICE

Counsel for the defendant in the above captioned matter file this motion to withdraw their appearances and that of the Federal Defender's Office. They do so pursuant to Connecticut Rule of Professional Conduct 1.16(a)(3) (termination) and (b)(5) (good cause).

Mr. Cohen wants the Federal Defender's Office off his case, and he has retained new counsel to represent him in all subsequent proceedings.

WHEREFORE, counsel respectfully request that the Court terminate their appearances and that of the Federal Defender's Office.

|  |  |
|---|---|
| Date: July 8, 2024 | Respectfully Submitted,<br><br>THE DEFENDANT,<br>BENJAMIN COHEN<br><br>FEDERAL DEFENDER OFFICE<br><br>*/s/ Lillian Odongo*<br>Lillian Odongo<br>Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: pvh10994<br>Email: lillian_odongo@fd.org<br><br>*/s/ Tracy Hayes*<br>Tracy Hayes<br>Assistant Federal Defender<br>265 Church Street, 7th FL<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: phv06527<br>Email: tracy_hayes@fd.org |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lillian Odongo*
Lillian Odongo