CO 526 Rev. 5/2018

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 23-366(ACR) |
| | ) | |
| BENJAMIN COHEN | ) | |
| | ) | |
| | ) | |

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

Odwng u Lillian Odongo

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: 7/8/24

Ana C. Reyes

United States District Judge