IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>BENJAMIN COHEN,<br><br>         **Defendant.** | Case No. 23-cr-366 (ACR) |

**JOINT MOTION TO CONTINUE SENTENCING
AND SENTENCING MEMORANDUM DEADLINE**

The United States, through undersigned counsel, and the defendant, Benjamin Cohen, by and through his counsel, Marc Eisenstein, respectfully submit this motion to continue the sentencing currently scheduled on December 18, 2024, for approximately 30 days. The parties also request that the Court commensurately continue the deadline for sentencing memoranda. In support of this motion, the parties state as follows:

1. On July 8, 2024, the defendant entered a guilty plea to Count Two of the Indictment pursuant to a written agreement. Sentencing was set for November 8, 2024.

2. On October 20, 2024, the defendant moved to continue the sentencing for approximately 45 days, citing the need for additional time to consult with his medical providers and an expert witness. The government did not oppose the motion.

3. On October 21, 2024, the Court granted the defendant's motion. The Court set the new sentencing date on December 18, 2024. Sentencing memoranda are currently due on December 4, 2024.

4. The defense recently shared with the government letters from the defendant's medical providers, and the parties require additional time to confer on the contents of those letters. Additional information from the defense's retained expert also requires more time. A continuance

of approximately 30 days will enable the parties to work further on how the impact of the defendant's mental and emotional health issues should be presented to the Court at sentencing.

For the reasons above, the parties respectfully request that the Court continue the sentencing in this case for approximately 30 days to a date and time convenient to the Court and the parties. The parties also respectfully request the deadline for sentencing memoranda be extended accordingly.

Respectfully submitted,

FOR THE DEFENDANT,
BENJAMIN COHEN:

/s/ Marc Eisenstein
Marc Eisenstein
DC Bar No. 1007208
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712
marc@coburngreenbaum.com

FOR THE GOVERNMENT:
MATTHEW M. GRAVES
United States Attorney
DC Bar Number 481052

/s/ Nathaniel K. Whitesel
NATHANIEL K. WHITESEL
Assistant U.S. Attorney
DC Bar No. 1601102
nathaniel.whitesel@usdoj.gov
(202) 252-7759

/s/ Terence A. Parker
TERENCE A. PARKER
Trial Attorney (Detailee)
NY Bar No. 5775192
Terence.Parker3@usdoj.gov
(202) 803-1600