IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-0366-ACR |
| | : | |
| **BENJAMIN COHEN** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## UNOPPOSED MOTION FOR LEAVE

Defendant Benjamin Cohen, through undersigned counsel, respectfully seeks leave of the Court to allow Defendant's expert witnesses, Dr. Laurie Sperry and Jack Donson, to appear via Zoom for the sentencing hearing scheduled for January 14, 2025. Undersigned counsel does not intend to call either expert witness to testify. The purpose of their attendance would be to address any questions the Court may have about their reports and opinions.

Date: January 13, 2025

Respectfully submitted,

*/s/ Marc Eisenstein*
Marc Eisenstein (DC Bar No. 1007208)
Coburn Greenbaum & Eisenstein, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 643-9472
Fax: (866) 561-9712
marc@coburngreenbaum.com

*Counsel to Defendant Benjamin Cohen*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 13, 2025, a copy of the foregoing was filed with the Clerk of the Court via ECF and served on all counsel of record.

                                                      /s/
                                       Marc Eisenstein