# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:23-cr-0366-ACR |
| : | |
| **BENJAMIN COHEN** : | |
| : | |
| **Defendant.** : | |
| : | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for Leave, and the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Dr. Laurie Sperry and Jack Donson shall be permitted to appear by Zoom for the sentencing hearing in this matter.

**SO ORDERED**.


_____                          _____
Date                                             Hon. Ana C. Reyes
                                                 United States District Judge